UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 03-60046-003 |
|---|---|---|
| VERSUS | ) | JUDGE MELANÇON |
| DOMINIC CAMPBELL | ) | MAGISTRATE JUDGE METHVIN |

### ORDER

Considering the foregoing Motion Pursuant to 5K1.1 of the United States Sentencing Guidelines and the facts contained therein;

IT IS HEREBY ORDERED that said motion be granted and that a hearing be scheduled for the _____ day of _____, _____, at _____ a.m./p.m. to allow the government and the defendant to make a showing of the nature and extent of the assistance provided by the defendant.

THUS DONE AND SIGNED this _____ day of December, 2005, in Lafayette, Louisiana.

TUCKER L. MELANÇON
United States District Judge